

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | STEVEN W. MYHRE<br>Acting United States Attorney |
| 2 | ROBERT KNIEF<br>Assistant United States Attorney |
| 3 | 501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, Nevada 89101 |
| 4 | PHONE: (702) 388-6336<br>EMAIL: Robert.Knief@usdoj.gov |
| 5 | Counsel for Plaintiff United States |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:17-mj-857-GWF |
| vs. | |
| JOSE VEGA FELIX, | GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL CASE |
| Defendant. | |

COMES NOW the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, and moves this Court to unseal the case and all proceedings due to the arrest of the defendant.

DATED this 18th day of August, 2017

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

ROBERT A. KNIEF
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSE VEGA FELIX,<br><br>            Defendant. | Case No.: 2:17-mj-857-GWF<br><br>ORDER TO UNSEAL CASE |

Based on Government's Application for an Order to Unseal the case and all proceedings issued in the above-captioned matter and good cause appearing, therefor,

IT IS SO ORDERED that the case and all proceedings be unsealed.

DATED this 18th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2